Judge Zilly

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> SERGEY KAMRATOV, et al., <br><br> Defendants. | NO. CR12-0025TSZ <br><br> **ORDER** |

Having reviewed the United States' Motion to Unseal, docket no. 88, and the records and files in the above-captioned matter, the Court finds good cause to unseal docket entries 1-7, 15-19, 20-23, 44, 45, and 57-60.

IT IS HEREBY ORDERED that the United States' Motion to Unseal, docket no. 88, is GRANTED, and the Clerk's Office shall unseal docket entries 1-7, 15-19, 20-23, 44, 45, and 57-60. All other sealed entries shall remain under seal.

///
///
///
///

IT IS SO ORDERED.

DATED this 8th day of April, 2019.

_____
Thomas S. Zilly
United States District Judge

Presented by:

*/s/ Francis Franze-Nakamura*
FRANCIS FRANZE-NAKAMURA
Assistant United States Attorney

ORDER - 2
KAMRATOV (CR12-0025TSZ)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970